IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In Re:<br><br>AFY,<br><br>    Debtor<br>_____<br><br>Northern Plains Feeders, Inc., DK Cattle, Inc., and Dakota-Nebraska Feeders, Inc.,<br><br>    Appellants,<br><br>        v.<br><br>Joseph H. Badami, Trustee,<br><br>    Appellee.<br>_____ | Case No. 10-40875<br><br><br><br>Case No. 4:12-cv-03153-WKU |

ORDER

The court, having considered Appellants' Motion for Extension of Time for Reply Brief dated August 30, 2012, IT IS ORDERED that the said motion be and the same is hereby granted; and the due date for Appellants' Reply Brief be and is hereby extended to September 10, 2012.

Dated: September 4, 2012

BY THE COURT

s/ Warren K. Urbom
United States District Judge

Prepared by Jerrold L. Strasheim,
Attorney for Appellants